IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SA'MONE MARQUIS,**<br><br>*Plaintiff,*<br><br>v.<br><br>**INSPIRITEC, INC., et al.,**<br><br>*Defendants.* | **Case No. 2:24-cv-0426-JDW** |

**ORDER**

AND NOW, this 22nd day of February, 2024, upon consideration of Plaintiff Sa'mone Marquis's Motion to Proceed *In Forma Pauperis* (ECF No. 1), it is **ORDERED** that, for the reasons stated in the accompanying Memorandum, the Motion is **GRANTED** pursuant to 28 U.S.C. § 1915, and the Complaint is **DEEMED** filed.

It is **FURTHER ORDERED** that the Complaint is **DISMISSED WITHOUT PREJUDICE** for the reasons in the accompanying Memorandum.  Ms. Marquis may file an amended complaint on or before March 21, 2024. Any amended complaint must identify all defendants in the caption of the amended complaint in addition to identifying them in the body of the amended complaint and shall state the basis for Ms. Marquis's claims against each defendant. The amended complaint shall be a complete document that does not rely on the initial Complaint or other papers filed in this case to state a claim. When drafting her amended complaint, Ms. Marquis should be mindful of

my reasons for dismissing the claims in her initial Complaint, as set forth in the accompanying Memorandum. Upon the filing of an amended complaint, the Clerk shall not make service unless and until I so direct.

It is **FURTHER ORDERED** that the Clerk of Court shall send Ms. Marquis a blank copy of this Court's current standard form to be used by a self-represented litigant filing an employment discrimination action bearing the above-captioned civil action number. Ms. Marquis may use this form to file her amended complaint if she chooses to do so. If Ms. Marquis does not wish to amend her Complaint and instead intends to stand on her Complaint as originally pled, she may file a notice with the Court on or before March 21, 2024, stating that intent, at which time I will issue a final order dismissing the case. Any such notice should be titled "Notice to Stand on Complaint," and shall include the civil action number for this case.

**If Ms. Marquis fails to file any response to this Order, I will conclude that Ms. Marquis intends to stand on her Complaint and will issue a final order dismissing this case.**

BY THE COURT:

*/s/ Joshua D. Wolson*
**JOSHUA D. WOLSON, J.**